**CUSTOM MOLDERS, INC. v. ROPER CORP.**

[330 N.C. 191 (1991)]

CUSTOM MOLDERS, INC. v. ROPER CORPORATION

No. 161A91

(Filed 7 November 1991)

APPEAL of right by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 101 N.C. App. 606, 401 S.E.2d 96 (1991), affirming the order of *Read, J.*, entered 8 February 1988 in the Superior Court, DURHAM County. Heard in the Supreme Court 15 October 1991.

*Charles A. Bentley, Jr. and Associates, by Charles A. Bentley, Jr., and Gulley, Eakes, Volland and Calhoun, by Michael D. Calhoun and John L. Saxon, for plaintiff-appellee.*

*Poyner & Spruill, by J. Phil Carlton and Mary Beth Johnston, and Brown, Kirby & Bunch, by Charles Gordon Brown and M. LeAnn Nease, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is affirmed for the reasons stated in the concurring opinion of Judge Wells.

Affirmed.